# EXHIBIT "E"

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GRACIE F. SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL FILE NO. STCV1501572 |
| BELK, INC., | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that BELK, INC., by and through the undersigned counsel, has on this date e-filed its Notice of Removal in the United States District Court for the Southern District of Georgia, Savannah Division, a copy of which is attached hereto as Exhibit "A," along with a copy of the pleadings filed in the State Court of Chatham County, Georgia.

By virtue of law, the aforesaid case is now removed and further proceedings in the State Court of Chatham County are stayed.

Respectfully submitted this 6th day of January 2016.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _____
Pamela Newsom Lee
Georgia State Bar No. 198981

Counsel for Defendant Belk, Inc.

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
pamela.lee@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *NOTICE OF FILING NOTICE OF REMOVAL* upon all parties to this matter by depositing a true copy of same via U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

> H. Craig Stafford, Esq.
> Jeffery L. Arnold, Esq.
> Andrew S. Johnson, Esq.
> ARNOLD & STAFFORD
> Post Office Box 339
> Hinesville, Georgia 31310

Respectfully submitted this 6th day of January 2016.

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _____
Pamela Newsom Lee
Georgia State Bar No. 198981

Counsel for Defendant Belk, Inc.

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
pamela.lee@swiftcurrie.com

3088685v.1