IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GRACIE F. SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL FILE NO. CV416-003 |
| ) | |
| BELK, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER GRANTING JOINT MOTION FOR STAY

This matter having come before the Court on the parties *Joint Motion for Stay*, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that this matter is stayed until July 1, 2016. If this matter does not resolve at mediation, the parties' Joint Status Report shall be submitted to the Court on or before July 8, 2016.

SO ORDERED, this 6th day of June 2016.

_____
**The Honorable G.R. Smith**
Judge, United States District Court
Southern District of Georgia
Savannah Division

3195252v.1