IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GRACIE F. SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELK, INC., )<br>)<br>Defendant. )<br>_____ ) | CIVIL FILE NO. CV416-003 |

## ORDER GRANTING JOINT MOTION FOR STAY

This matter having come before the Court on the parties *Joint Motion for Stay*, and for good cause shown,

IT IS HEREBY ORDER AND ADJUDGED that this matter is stayed until July 29, 2016. If this matter does not resolve at mediation, the parties' Joint Status Report shall be submitted to the Court on or before July 29, 2016.

SO ORDERED, this 11th day of July, 2016.

_____
The Honorable G.R. Smith
Judge, United States District Court
Southern District of Georgia
Savannah District

3218739v.1