IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GRACIE F. SCOTT,            )
                            )
     Plaintiff,             )
                            )
v.                          )     CASE NO. CV416-003
                            )
BELK, INC.,                 )
                            )
     Defendant.             )
_____)

## O R D E R

Before the Court are the parties' Stipulations of Dismissal With Prejudice. (Doc. 19; Doc. 20.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of November 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA